UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-40111 |
| Plaintiff, | |
| vs. | DEFENDANT'S MOTION TO ACCELERATE TRIAL BY SEVEN DAYS |
| RONALD GOLDBERG, | |
| Defendant. | |

_____

      Defendant Ronald Goldberg in the above-titled matter, by his attorney, Assistant Federal Public Defender Jason J. Tupman, moves the Court to advance trial by seven days.  Defendant asserts the following good cause:

1. The Court's current scheduling Order sets the deadline for suppression/voluntariness motions for August 20, 2014; the plea notification deadline for September 23, 2014; and the jury trial date for October 7, 2014.

2. Defense counsel is unavailable during the current trial setting, due to previously scheduled matters that are not able to be rescheduled.

3. Assistant U.S. Attorney Connie Larson has been informed of this motion and has no objection.

WHEREAS Defendant requests the deadline for suppression/voluntariness motions be accelerated to August 13, 2014; the plea notification deadline to September 16, 2014; and the jury trial date to September 30, 2014.

Dated this 22nd day of May 2014.

    Respectfully submitted,
NEIL FULTON
Federal Public Defender
By:
  /s/   Jason J. Tupman
Jason J. Tupman, Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
200 W. 10th Street, Suite 200
Sioux Falls SD 57104
Telephone: 605-330-4489
Fax: 605-330-4499
filinguser_SDND@fd.org