UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 11-40111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION FOR MEDICAL |
| | ) | TREATMENT |
| RONALD GOLDBERG, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the Defendant Ronald Goldberg, by and through his attorney of record Patrick M. Schroeder and moves this Court for an order granting him a medical furlough so that he may be examined by his personal physician Dr. Marc Rictor, at 4405 E. 26th St., #1, Sioux Falls, South Dakota 57103.  This Motion is based on the following information:

1. The Defendant has been incarcerated in the Minnehaha County Jail for the past 32 months.  During that time he has received no medical attention regarding his eyes, his heart or by an endocrinologist.

2. The Defendant reports that his medical condition is approaching a critical stage.  His blood pressure is constantly elevated despite the fact that he was put on medication.  Due to his diabetes, his glucose reading is at 432, which is highly elevated.

3. Particularly troubling is that his eyesight has become extremely poor as a result of his diabetes not been kept in control.  The Defendant is having trouble reading documents, which will make it difficult for him to assist in the preparation of his defense.

For all the above reasons, the Defendant respectfully requests this Court grant him a furlough to seek medical attention for these issues.

Respectfully submitted this 28th day of October, 2014.

BRENDE SCHROEDER MEADORS LLP

  /s/ Patrick M. Schroeder
Patrick M. Schroeder
Attorney for Defendant
110 N. Phillips Ave.
Sioux Falls, SD  57104

(605) 333-0070
Pat@bsmllp.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of October, 2014, I served upon Assistant U.S. Attorney Connie Larson by electronic filing at Connie.Larson@usdoj.gov a true and correct copy of the foregoing Motion for Medical Treatment and this Certificate of Service.

    /s/ Patick M. Schroeder
Patrick M. Schroeder