UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 11-40111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ATTORNEY PATRICK M. |
| | ) | SCHROEDER'S MOTION |
| RONALD GOLDBERG, | ) | TO WITHDRAW |
| | ) | |
| Defendant. | ) | |

    Comes now Patrick M. Schroeder, of Brende Schroeder Meadors Law Office, Sioux Falls, South Dakota, and moves this Court for it's Order authorizing him to withdraw as counsel for Defendant Ronald Goldberg.

    Patrick M. Schroeder was appointed by the Court to represent Mr. Goldberg in the above-entitled case. Patrick M. Schroeder has served in that capacity for the last several months.

    Patrick M. Schroeder has received notice from the State Bar of South Dakota Disciplinary Board that a formal complaint has been filed against him by his client Ronald Goldberg. Due to the nature of the allegations in the Complaint, Patrick M. Schroeder can no longer continue as the attorney for Ronald Goldberg.

    Respectfully submitted this 23rd day of March, 2015.

                                                               BRENDE SCHROEDER MEADORS LLP

                                                               /s/   Patrick M. Schroeder
                                                             Patrick M. Schroeder
                                                             Attorney for Defendant
                                                             110 N. Phillips Ave.
                                                             Sioux Falls, SD  57104
                                                             (605) 333-0070
                                                             Pat@bsmllp.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of March, 2015, I served upon the following Assistant U.S. Attorney Connie Larson by electronic filing at connie.larson@usdoj.gov a true and correct copy of the foregoing Attorney Patrick M. Schroeder's Motion to Withdraw and this Certificate of Service.

                                                             /s/   Patrick M. Schroeder

                                                Patrick M. Schroeder